## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUIS REY GARCIA LAGUNA,                    :
                                           :
                    Petitioner,            :
                                           :
    v.                                     :        2:26-cv-01442
                                           :
J.L. JAMISON, et al.,                      :
                                           :
                    Respondents.           :

## ORDER

AND NOW, this 1st day of April, 2026, upon consideration of the Joint Status Report (Doc. No. 7) submitted by the parties, this matter is hereby **DISMISSED**. The Clerk of Court is directed to mark this case as **CLOSED**.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.